IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT A. MAGINN, JR., | § | |
| | § | No. 288, 2024 |
| Appellant-Defendant, | § | |
| and | § | Court Below—Court of |
| | § | Chancery of the |
| NEW MEDIA INVESTORS II-C, LLC, | § | State of Delaware, |
| | § | |
| Nominal Defendant, | § | C.A. No. 2017-0346 |
| v. | § | |
| | § | |
| EDWARD DEANE, GEORGE WIHBEY, | § | |
| and JASON CUNNINGHAM IN HIS | § | |
| CAPACITY AS ATTORNEY-IN-FACT | § | |
| FOR WILLIAM CUNNINGHAM, for | § | |
| themselves and in the right and for the | § | |
| benefit of New Media Investors II-B, LLC, | § | |
| and New Media II-B, LLC | § | |
| | § | |
| Plaintiffs-Appellees. | § | |

Submitted: January 29, 2025
Decided:   January 31, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting Court *en Banc*.

# **O R D E R**

Now this 31st day of January 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated November 1, 2022 and its Final Order and Judgment dated July 17, 2024,

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

 /s/ *Karen L. Valihura*
Justice